IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LEONARD DOUGLAS, | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:07-CV-228-Y |
| | § |
| STATE OF TEXAS | § |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of mandamus of inmate/petitioner Leonard Douglas, along with the April 16, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until May 7 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 16, 2007. The Court concludes that the petition for writ of mandaums should be dismissed as frivolous under 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendations of the magistrate judge are ADOPTED.

Leonard Douglas's petition for writ of mandamus is DISMISSED WITH PREJUDICE under authority of 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

SIGNED May 17, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE